**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
AUSTIN



GERALD C. MANN
ATTORNEY GENERAL

Hon. B. T. Walters
County Auditor
Smith County
Tyler, Texas

Dear Sir:

> Opinion No. O-1617
> Re: Does Art. 6228 authorize the
> commissioners' court to refuse
> arbitrarily all applications
> for Mothers' Aid regardless of
> the merit of same?
> Construction of the word "pauper"
> in Art. 2351.

This Department has received and considered your request for opinion upon the above stated questions.

Opinion No. O-1500 of this Department, written by Hon. Wm. J. R. King, Assistant Attorney General, addressed to Hon. Fred Erisman, Criminal District Attorney, Gregg County, Longview, Texas, passes upon the above stated question. We enclose herewith a copy of Opinion No. O-1500.

Article 6228, Revised Civil Statutes of Texas, known as the "Mothers' Aid Law", is a permissive statute and is not a mandatory statute. The action of the commissioners' court in passing upon application is made final by this statute. The commissioners' court's action thereunder is not subject to review.

Opinion No. O-1500 also defines the term "pauper".

Trusting that this satisfactorily answers your inquiry, and with best regards, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _____
Wm. J. Fanning
Assistant

APPROVED NOV 24, 1939

_____
FIRST ASSISTANT
ATTORNEY GENERAL

WJF:AW

ENCLOSURE

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT